IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 11-256 |
| JANETTE PEREZ, et al. : | |

## ORDER

AND NOW, this **5th** day of **August, 2011**, upon consideration of Defendant's Motion to Suppress and Defendant's Motion in Limine, the Government's Responses thereto, the parties' supplemental briefing thereon, following hearings on July 8, 2011 and July 14, 2011, and for the reasons stated in this Court's Memorandum dated August 5, 2011, it is hereby **ORDERED** that:

1. Defendant's Motion to Suppress (Document No. 21) is **DENIED**.

2. Defendant's Motion in Limine (Document No. 20) is **DENIED**.

BY THE COURT:

_____
Berle M. Schiller, J.